**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02542-GPG

J.M.,

     Petitioner,

v.

JUAN BALTAZAR,
  *in his official capacity as warden of the Aurora Contract Detention Facility*,
GEORGE VALDEZ,
  *in his official capacity as Denver Acting Field Office Director, U.S. Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of U.S. Department of Homeland Security,*
DAVID J. VENTURELLA,
  *in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,*
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States,*
JOSEPH EDLOW,
  *in his official capacity as Director of the U.S. Citizenship and Immigration Services,*

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 19] entered by United States District Judge Gordon P. Gallagher on July 2, 2026, and supplemented by Status Report [D. 20] by Respondents, it is

ORDERED that the Respondents have complied with the Order [D. 19] and Petitioner was granted a $10,000 bond. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 21st day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
        Deputy Clerk